AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Robert B. Holt individually and on behalf of the estate of his Mother, Doris C. Holt<br>*Plaintiff*<br>v.<br><br>South Carolina Department of Social Services; South Carolina Ombudsman's Office; Susan Stroman; Princess Hodges; Susan Tillman; Pamela Dantzler; Kathy Beers; Jennifer Brewton; Brenda Hodges; UniHealth Orangeburg, SC; UniHealth Post Acute Care of Columbia; Latoya Buggs-Williams; Sgt. Darin L. Dougherty; Sgt. George A. Drafts; April Merrill; Columbia Police Department; Ander Bauer; Ken Ard; Jayson F. Bring; Beth Schuler; Crystal Pavlick; Palmetto Senior Care; Palmetto Health; USH-Pruitt Corporation; Lt. Col. Carl Burke.<br>*Defendants* | Civil Action No.    3:12-3539-JMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: the plaintiff, Robert B. Holt individually and on behalf of the estate of his Mother, Doris C. Holt, shall take nothing of the defendants, Susan Stroman, Princess Hodges, Susan Tillman, Pamela Dantzler, Kathy Beers, Jennifer Brewton, Brenda Hodges, UniHealth Orangeburg, SC, UniHealth Post Acute Care of Columbia, Latoya Buggs-Williams, Sgt. Darin L. Dougherty, Sgt. George A. Drafts, April Merrill, Columbia Police Department, Ander Bauer, Ken Ard, Jayson F. Bring, Beth Schuler, Crystal Pavlick, Palmetto Senior Care, Palmetto Health, USH-Pruitt Corporation, Lt. Col. Carl Burke and the amended complaint is dismissed without prejudice as to these named defendants.

   This action was also decided by the Honorable Terry L. Wooten, United States District Judge presiding who further adopted the Report and Recommendation of Magistrate Judge Paige J. Gossett to dismiss defendants South Carolina Department of Social Services and South Carolina Ombudsman's Office. The court has further ordered that the Plaintiff, Robert B. Holt individually and on behalf of the estate of his Mother, Doris C. Holt, shall take nothing of Defendants, South Carolina Department of Social Services and South Carolina Ombudsman's Office and this action is dismissed without prejudice as to these named defendants.

This action was *(check one)*:

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The court having dismissed the amended complaint without prejudice.

Date: March 11, 2015

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*